273 U.S. 642
 47 S.Ct. 110
 71 L.Ed. 818
 Herman A. UIHLEIN, August E. Uihlein, George Uihlein et al., plaintiffs in error,
v.
The STATE OF WISCONSIN, Neele B. Neelen, Public Administrator of Milwaukee County, et al.
 No. 175.
 Supreme Court of the United States
 November 1, 1926
 
 Messrs. George P. Miller, Edwin S. Mack, and Arthur W. Fairchild, all of Milwaukee, Wis., for plaintiff in error.
 Mr. Herman L. Ekern, of Madison, Wis., for defendants in error.
 PER CURIAM.
 
 
 1
 Reversed on the authority of Schlesinger v. Wisconsin, 270 U. S. 230, 46 S. Ct. 260, 70 L. Ed. 557, 43 A. L. R. 1224.